IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAO VUE,

     Plaintiff,                                ORDER

v.

                                      Case No.  19-cv-262-wmc

ONEILL, ET AL.,

     Defendants.

Plaintiff Pao Vue has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than April 29, 2019. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Pao Vue may have until April 29, 2019 to submit a trust fund account statement for the period beginning approximately October 8, 2018 and ending approximately April 8, 2019.  If, by April 29, 2019, plaintiff fails to respond to this

order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event,

the case will be closed without prejudice to plaintiff filing the case at a later date.


       Entered this 8th day of April, 2019.

                BY THE COURT:

                /s/

                PETER OPPENEER
                Magistrate Judge